UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Monika Carney
                                        Plaintiff,

v.                                                    Case No.: 1:15−cv−10877
                                                      Honorable Marvin E. Aspen

DNF Associates, LLC, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2016:

    MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Notice of Acceptance of Rule 68 Offer of Judgment [9], judgment for $1001.00 is entered in favor of Plaintiff and against Defendants, and leave is granted for parties to confer on Plaintiff's reasonable attorney's fees and costs pursuant to local rule. Status hearing of 10/20/2016 is stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.